UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

LYN ADAMS, individually and on behalf of others similarly situated who consent to their inclusion,

              Plaintiff,

v.

MIMAC, LLC d/b/a McDonalds,

              Defendant.

Civil Action No. 1:12-cv-11196-WGY

---

## DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Defendant MIMAC, LLC d/b/a McDonalds and its counsel affirm that they have conferred:

(a)     with a view to establishing a budget for future costs of conducting the full course—and various alternative courses—of litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

MIMAC, LLC d/b/a McDonalds

By: _____
Judy Hajjar for MIMAC, LLC

/s/ Rachel Reingold Mandel
Diane M. Saunders (BBO# 562872)
Rachel Reingold Mandel (BBO# 660495)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
One Boston Place, Suite 3220
Boston, MA 02108
(617) 994-5700

diane.saunders@ogletreedeakins.com
rachel.mandel@ogletreedeakins.com

Dated: September 10, 2012